UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>1234 PACIFIC MANAGEMENT LLC<br><br>        Debtor. | Chapter 11<br>Case No. 19-40026<br><br>CORPORATE OWNERSHIP<br>STATEMENT FBR 1007(a)(1) |

STATE OF NEW YORK )
          SS.
COUNTY OF KINGS  )

  Isaac Schwartz, hereby declare under the penalties of perjury:

  1. I have personal knowledge of the matters set forth in this statement because I am the managing member of 1234 PACIFIC MANAGEMENT LLC, the Debtor and Debtor in possession of this Chapter 11 Bankruptcy case (the "Debtor").

  2. The Debtor last four-digit tax identification number is 5562.

  3. The Debtor's address is 744 Coney Island Avenue, Brooklyn, NY 11218.

  4. There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

                    /s/ Isaac Schwartz
                     Isaac Schwartz