# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

In re **1234 Pacific Management LLC**
Debtor

Case No. **19-40026**
Reporting Period: **02/01/2019 - 02/28/2019**

Federal Tax I.D. # **11-3575562**

## CORPORATE MONTHLY OPERATING REPORT

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | x | |
| Copies of bank statements | | x | |
| Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | x | |
| Balance Sheet | MOR-3 | | |
| Status of Post-petition Taxes | MOR-4 | x | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | | |
| Listing of Aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | |
| Taxes Reconciliation and Aging | MOR-5 | | |
| Payments to Insiders and Professional | MOR-6 | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | | |
| Debtor Questionnaire | MOR-7 | x | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor _____  Date  4-17-19
Signature of Authorized Individual* _____  Date  4-17-19
Printed Name of Authorized Individual   Nendy Lowy   Date  4-17-19

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

2/2008
PAGE 1 OF 11

In re 1234 Pacific Management LLC  
 Debtor

Case No. 19-40026  
Reporting Period: 02/01/2019 - 02/28/2019

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | OPER 1234 Pacific Management LLC | OTHER 1234 Pacific Management LLC DIP 19-40026 NHL | TAX | OTHER 1091 Willmohr LLC | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| CASH BEGINNING OF MONTH | $2,991.51 | $0.00 | | ($11,397.10) | |
| **RECEIPTS** | $22,456.73 | $6,700.83 | | $114,465.02 | |
| CASH SALES | | | | | |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | | |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | | |
| LOANS AND ADVANCES | | | | | |
| SALE OF ASSETS | | | | | |
| OTHER (ATTACH LIST) | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | |
| TOTAL RECEIPTS | $25,448.24 | $6,700.83 | | $103,067.92 | $135,216.69 |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | | | | $2,300.00 | |
| PAYROLL TAXES | | | | | |
| SALES, USE, & OTHER TAXES | | | | | |
| INVENTORY PURCHASES | | | | | |
| SECURED/ RENTAL/ LEASES | $25,318.81 | | | | |
| INSURANCE | | | | | |
| ADMINISTRATIVE | $129.43 | | | $79,380.67 | |
| SELLING | | | | | |
| OTHER (ATTACH LIST) | | | | | |
| OWNER DRAW * | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | $20,000.00 | |
| PROFESSIONAL FEES | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | |
| COURT COSTS | | | | | |
| TOTAL DISBURSEMENTS | $25,448.24 | $0 | | $101,680.67 | $127,128.91 |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | | | | | |
| | | | | | |
| CASH – END OF MONTH | $0.00 | $6,700.83 | | $1,387.25 | $8,088.08 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | |

In re **1234 Pacific Management LLC**  
 **Debtor**

Case No. **19-40026**  
Reporting Period: **02/01/2019 - 02/28/2019**

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.
(Bank account numbers may be redacted to last four numbers.)

|  | Operating # | Operating # | Tax # | Other # |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | $0.00 | $6,700.83 |  | $1,387.25 |
| BANK BALANCE | $0.00 | $6,700.83 |  | $1,387.25 |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* |  |  |  |  |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* |  |  |  |  |
| OTHER *(ATTACH EXPLANATION)* |  |  |  |  |
| **ADJUSTED BANK BALANCE *** |  |  |  |  |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**OTHER**

Rental received for February 2019 in the amount of $50,204.31 was deposited into the 1091 Whillmohr LLC account.
The amount in excess of $ 50204.31 in the 1091 Whillmohr LLC account belongs to 1091 Whillmohr LLC.
$20,000.00 was transferred from Whillmohr LLC to 1234 Pacific Management LLC to pay the mortgage.
$15,000 was paid from Whillmohr LLC for 1234 Pacific LLC management fees, and $7,363.22 for repiars, maintenance and utilities.

In re 1234 Pacific Management LLC
Debtor

Case No. 19-40026
Reporting Period: 02/01/2019 - 02/28/2019

## STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Rental Income | $50,204.31 | |
| Additional Rental Income/Debtors Loan | | |
| Common Area Maintenance Reimbursement | | |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs *(attach schedule)* | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | | |
| Gross Profit | | |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Officer/Insider Compensation* | | |
| Insurance | | |
| Management Fees/Bonuses | $15,000.00 | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | $3,164.59 | |
| Rent and Lease Expense | $25,318.81 | |
| Salaries/Commissions/Fees | | |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | $4,198.63 | |
| Other *(attach schedule)* | | |
| Total Operating Expenses Before Depreciation | | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | $2,522 | |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income *(attach schedule)* | | |
| Interest Expense | | |
| Other Expense *(attach schedule)* | | |
| Net Profit (Loss) Before Reorganization Items | | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re **1234 Pacific Management LLC**          Case No. 19-40026
     Debtor                                                       Reporting Period: 02/01/2019 - 02/28/2019

**BREAKDOWN OF "OTHER" CATEGORY**

**OTHER COSTS**

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**OTHER OPERATIONAL EXPENSES**

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**OTHER INCOME**

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**OTHER EXPENSES**

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**OTHER REORGANIZATION EXPENSES**

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

In re **1234 Pacific Management LLC**
Debtor

Case No. **19-40026**
Reporting Period: **02/01/2019 - 02/28/2019**

# ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $105,188.89 |
| Plus: Amounts billed during the period | $57,191.63 |
| Less: Amounts collected during the period | $50,204.31 |
| Total Accounts Receivable at the end of the reporting period | $112,176.21 |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Accounts Receivable | | | | | |
| Less: Bad Debts (Amount considered uncollectible) | | | | | |
| Net Accounts Receivable | | | | | |

# TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Taxes Payable | | | | | |
| Total Accounts Payable | | | | | |

In re 1234 Pacific Management LLC　　　　　　　　　　　　Case No. 19-40026
　　　Debtor　　　　　　　　　　　　　　　　　　　　　Reporting Period: 02/01/2019 - 02/28/2019

## DEBTOR QUESTIONNAIRE

|  | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? |  | X |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | X |  |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? |  | X |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? |  | X |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? |  | X |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? |  | X |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | X |  |
| 8 | Are any post petition payroll taxes past due? |  | X |
| 9 | Are any post petition State or Federal income taxes past due? |  | X |
| 10 | Are any post petition real estate taxes past due? |  | X |
| 11 | Are any other post petition taxes past due? |  | X |
| 12 | Have any pre-petition taxes been paid during this reporting period? |  | X |
| 13 | Are any amounts owed to post petition creditors delinquent? |  | X |
| 14 | Are any wage payments past due? |  | X |
| 15 | Have any post petition loans been been received by the Debtor from any party? |  | X |
| 16 | Is the Debtor delinquent in paying any U.S. Trustee fees? |  | X |
| 17 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? |  | X |
| 18 | Have the owners or shareholders received any compensation outside of the normal course of business? |  | X |



**SIGNATURE BANK**
565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                        Statement Period
                                        From February  01, 2019
                                        To   February  28, 2019
                                        Page     1 of      6

                                        PRIVATE CLIENT GROUP 822
                                        84 BROADWAY
                                        BROOKLYN, NY 11211
```

```
1091 WILLMOHR LLC                        9-822
744 CONEY ISLAND AVE 2ND FLOOR
BROOKLYN NY  11218
```

See Back for Important Information

Primary Account:     3192        21

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| 3192   MONOGRAM CHECKING | 11,397.10- | 1,387.25 |
| RELATIONSHIP   TOTAL | | 1,387.25 |


SIGNATURE BANK

```
                                              Statement Period
                                              From February  01, 2019
                                              To   February  28, 2019
                                              Page    2 of     6

                                              PRIVATE CLIENT GROUP 822
                                              84 BROADWAY
                                              BROOKLYN, NY 11211


        1091 WILLMOHR LLC                9-822
        744 CONEY ISLAND AVE 2ND FLOOR
        BROOKLYN NY    11218


                                              See Back for Important Information


                                              Primary Account:      3192        21


MONOGRAM CHECKING              3192
```

Summary

```
Previous Balance as of February  01, 2019                          11,397.10-
     22 Credits                                                   114,465.02
     41 Debits                                                    101,680.67
Ending Balance as of    February  28, 2019                          1,387.25
```

Deposits and Other Credits

| Date | Description | | | Amount |
|---|---|---|---|---|
| Feb 01 | ACH DEPOSIT          ck/ref no.  4744157 | | | 236.05 |
|  | NYCHA SECTION 8   NYCHA-PROD    6827750 | | | |
| Feb 01 | ACH DEPOSIT          ck/ref no.  4886667 | | | 244.00 |
|  | CLICKPAY STL ACH   CP STL ACH   15741933 | | | |
|  | PCZ18434960053001895 | | | |
|  | PCZ18434960053001895 | | | |
|  | 1234 PACIFIC MANAGEMEN | | | |
| Feb 04 | ACH DEPOSIT          ck/ref no.  5042967 | | | 8,160.69 |
|  | 1091 WILLMOHR ST   TELECHECK    44098107 | | | |
|  | 002 00000000000081606995806 53001 | | | |
| Feb 05 | ACH DEPOSIT          ck/ref no.  5134037 | | | 790.00 |
|  | CLICKPAY STL ACH   CP STL ACH   15835631 | | | |
|  | PCZ20435002359006169 | | | |
|  | PCZ20435002359006169 | | | |
|  | 1526 REALTY LLC A C | | | |
| Feb 05 | REMOTE CAPTURE    ref# | | | 868.00 |
| Feb 05 | ACH DEPOSIT          ck/ref no.  5140376 | | | 2,693.34 |
|  | 1091 WILLMOHR ST   TELECHECK    44098107 | | | |
|  | 002 00000000000026933495806 53001 | | | |
| Feb 05 | REMOTE CAPTURE    ref# | | | 6,943.01 |
| Feb 05 | REMOTE CAPTURE    ref# | | | 12,169.57 |
| Feb 06 | ACH DEPOSIT          ck/ref no.  5253516 | | | 2,200.00 |
|  | CLICKPAY STL CC    CP STL CC    15859746 | | | |

FND_PCZ184350

# ~~Signature~~ | SIGNATURE BANK

```
                                            Statement Period
                                            From  February  01, 2019
                                            To    February  28, 2019
                                            Page     3 of     6

                                            PRIVATE CLIENT GROUP 822
                                            84 BROADWAY
                                            BROOKLYN, NY 11211
```

```
     1091 WILLMOHR LLC                        9-822
     744 CONEY ISLAND AVE 2ND FLOOR
     BROOKLYN NY  11218
```

See Back for Important Information

Primary Account:        3192        21

| Date | Description | | | |
|---|---|---|---|---|
| | 10043004780_20190205 | | | |
| | 1234 PACIFIC MANAGEMEN | | | |
| Feb 06 | ACH DEPOSIT    ck/ref no.  5274031 | | | 4,751.59 |
| | CLICKPAY STL ACH    CP STL ACH    15867001 | | | |
| | PCZ18435011313008137 | | | |
| | PCZ18435011313008137 | | | |
| | 1234 PACIFIC MANAGEMEN | | | |
| Feb 07 | REMOTE CAPTURE   ref# | | | 706.85 |
| Feb 07 | ACH DEPOSIT    ck/ref no.  5416690 | | | 1,159.86 |
| | 1091 WILLMOHR ST    TELECHECK    44098107 | | | |
| | 002 00000000000011598695806530001 | | | |
| Feb 07 | REMOTE CAPTURE   ref# | | | 1,450.00 |
| Feb 07 | ACH DEPOSIT    ck/ref no.  5399059 | | | 2,462.80 |
| | CLICKPAY STL ACH    CP STL ACH    15881301 | | | |
| | PCZ20435025155002790 | | | |
| | PCZ20435025155002790 | | | |
| | 1526 REALTY LLC A C | | | |
| Feb 07 | ACH DEPOSIT    ck/ref no.  5399175 | | | 4,214.50 |
| | CLICKPAY STL ACH    CP STL ACH    15881253 | | | |
| | PCZ18435025155002789 | | | |
| | PCZ18435025155002789 | | | |
| | 1234 PACIFIC MANAGEMEN | | | |
| Feb 07 | REMOTE CAPTURE   ref# | | | 27,493.00 |
| Feb 08 | ACH DEPOSIT    ck/ref no.  5549762 | | | 1,200.00 |
| | CLICKPAY STL ACH    CP STL ACH    15891968 | | | |
| | PCZ18435031107002937 | | | |
| | PCZ18435031107002937 | | | |
| | 1234 PACIFIC MANAGEMEN | | | |
| Feb 12 | REMOTE CAPTURE   ref# | | | 1,750.00 |
| Feb 12 | REMOTE CAPTURE   ref# | | | 4,700.78 |
| Feb 12 | REMOTE CAPTURE   ref# | | | 15,270.98 |
| Feb 12 | ONLINE TRANSFER CR | | | 7,000.00 |
| | ONLINE XFR FROM: 1502483230 | | | |
| Feb 12 | ONLINE TRANSFER CR | | | 8,000.00 |
| | ONLINE XFR FROM: 1502630063 | | | |

# SIGNATURE BANK

```
                                         Statement Period
                                         From February  01, 2019
                                         To   February  28, 2019
                                         Page      4 of      6

                                         PRIVATE CLIENT GROUP 822
                                         84 BROADWAY
                                         BROOKLYN, NY 11211


    1091 WILLMOHR LLC                        9-822
    744 CONEY ISLAND AVE 2ND FLOOR
    BROOKLYN NY   11218


                                         See Back for Important Information


                                         Primary Account:       3192        21
```

### Withdrawals and Other Debits

| Date | Description | | | Amount |
|---|---|---|---|---:|
| Feb 04 | AUTOMATED PAYMENT | ck/ref no. | 5023015 | 322.44 |
| | CON ED OF NY | INTELL CK | 655084106600051 | |
| Feb 05 | AUTOMATED PAYMENT | ck/ref no. | 5059181 | 2,003.00 |
| | NATIONAL GRID NY | UTILITYPAY | 00281916138 | |
| Feb 07 | OUTGOING WIRE | | | 5,000.00 |
| | REF# 20190207B6B7261F001404 | | | |
| | TO:   THE GLAUBER BROTHERS TRUST | | ABA:  221272031 | |
| | BANK: INVESTORS BANK | | ACCT# 740175348 | |
| Feb 07 | AUTOMATED PAYMENT | ck/ref no. | 5388767 | 111.09 |
| | CON ED OF NY | INTELL CK | 644226571500001 | |
| Feb 08 | ONLINE TRANSFER DR | | | 20,000.00 |
| | ONLINE XFR TO: 1502118877 | | | |
| Feb 08 | AUTOMATED PAYMENT | ck/ref no. | 5531469 | 280.00 |
| | CON ED OF NY | INTELL CK | 666404163505067 | |
| Feb 11 | AUTOMATED PAYMENT | ck/ref no. | 5651602 | 30.00 |
| | FINGERCHECK | WEB PMTS | THFJDB | |
| Feb 11 | AUTOMATED PAYMENT | ck/ref no. | 5613048 | 24,813.00 |
| | GREYSTONE SE 03 | DEBITS | 006919 | |
| Feb 12 | AUTOMATED PAYMENT | ck/ref no. | 5764841 | 430.33 |
| | CON ED OF NY | INTELL CK | 644242412000044 | |
| Feb 13 | AUTOMATED PAYMENT | ck/ref no. | 5894153 | 1,635.87 |
| | AMTRUST NA | PAYMENT | 1086876 | |
| Feb 14 | AUTOMATED PAYMENT | ck/ref no. | 6011467 | 30.00 |
| | FINGERCHECK | WEB PMTS | J3R0FB | |
| Feb 15 | POSTING ADJUSTMENT | | | 4,455.00 |
| Feb 15 | AUTOMATED PAYMENT | ck/ref no. | 6038530 | 20.57 |
| | NATIONAL GRID NY | UTILITYPAY | 00345123035 | |
| Feb 15 | AUTOMATED PAYMENT | ck/ref no. | 6038796 | 51.40 |
| | OPTIMUM 7836 | CABLE PMNT | 85116405 | |
| Feb 15 | AUTOMATED PAYMENT | ck/ref no. | 6038529 | 1,587.00 |
| | NATIONAL GRID NY | UTILITYPAY | 00345123022 | |
| Feb 20 | ONLINE TRANSFER DR | | | 15,000.00 |
| | ONLINE XFR TO: 1502483095 | | | |
| Feb 21 | AUTOMATED PAYMENT | ck/ref no. | 6501888 | 207.61 |
| | OPTIMUM 7836 | CABLE PMNT | 68012108 | |
| Feb 22 | AUTOMATED PAYMENT | ck/ref no. | 6731647 | 173.10 |
| | CON ED OF NY | INTELL CK | 666404163505067 | |

Case 1-19-40026-nhl    Doc 35    Filed 04/18/19    Entered 04/18/19 08:34:40

# SIGNATURE BANK

```
                                              Statement Period
                                              From February  01, 2019
                                              To   February  28, 2019
                                              Page    5 of    6

                                              PRIVATE CLIENT GROUP 822
                                              84 BROADWAY
                                              BROOKLYN, NY 11211


         1091 WILLMOHR LLC                    9-822
         744 CONEY ISLAND AVE 2ND FLOOR
         BROOKLYN NY   11218


                                              See Back for Important Information


                                              Primary Account:       3192       21
```

```
Feb 25   AUTOMATED PAYMENT       ck/ref no.   6765731                       1,948.53
         NATIONAL GRID NY        UTILITYPAY   00291551523
Feb 28   OD Finance Charge                                                     20.06
```

Checks by Serial Number

| Date   | Check  | Amount   | Date   | Check    | Amount   |
|--------|--------|----------|--------|----------|----------|
| Feb 04 | 2699   | 2,303.46 | Feb 13 | 2817     | 6,039.73 |
| Feb 04 | 2749 * | 212.31   | Feb 13 | 2818     | 6,039.73 |
| Feb 04 | 2808 * | 1,000.00 | Feb 11 | 2819     | 250.00   |
| Feb 06 | 2809   | 1,510.21 | Feb 11 | 2820     | 300.00   |
| Feb 06 | 2810   | 134.03   | Feb 11 | 2821     | 400.00   |
| Feb 05 | 2811   | 1,907.57 | Feb 19 | 2823 *   | 250.00   |
| Feb 06 | 2812   | 380.88   | Feb 19 | 2825 *   | 400.00   |
| Feb 06 | 2813   | 558.75   | Feb 25 | 2826     | 600.00   |
| Feb 04 | 2814   | 400.00   | Feb 25 | 2827     | 250.00   |
| Feb 04 | 2815   | 250.00   | Feb 25 | 2829 *   | 200.00   |
| Feb 04 | 2816   | 175.00   |        |          |          |

* Indicates break in check sequence

Daily Balances

| Date   | Balance    | Date   | Balance   |
|--------|------------|--------|-----------|
| Jan 31 | 11,397.10- | Feb 13 | 26,580.52 |
| Feb 01 | 10,917.05- | Feb 14 | 26,550.52 |
| Feb 04 | 7,419.57-  | Feb 15 | 20,436.55 |
| Feb 05 | 12,133.78  | Feb 19 | 19,786.55 |
| Feb 06 | 16,501.50  | Feb 20 | 4,786.55  |
| Feb 07 | 48,877.42  | Feb 21 | 4,578.94  |
| Feb 08 | 29,797.42  | Feb 22 | 4,405.84  |
| Feb 11 | 4,004.42   | Feb 25 | 1,407.31  |
| Feb 12 | 40,295.85  | Feb 28 | 1,387.25  |

# SIGNATURE BANK

Statement Period
From February 01, 2019
To   February 28, 2019
Page    6 of    6

PRIVATE CLIENT GROUP 822
84 BROADWAY
BROOKLYN, NY 11211

1091 WILLMOHR LLC                         9-822
744 CONEY ISLAND AVE 2ND FLOOR
BROOKLYN NY  11218

See Back for Important Information

Primary Account:           3192        21

Rates for this statement period - Overdraft
Feb 01, 2019   15.250000 %



**SIGNATURE BANK**
565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                          Statement Period
                                          From February  01, 2019
                                          To   February  28, 2019
                                          Page    1 of    3

                                          PRIVATE CLIENT GROUP 822
                                          84 BROADWAY
                                          BROOKLYN, NY 11211
```

```
    1234 PACIFIC MANAGEMENT, LLC           8-822
    OPERATING ACCOUNT
    744 CONEY ISLAND AVE
    BROOKLYN NY  11218
```

See Back for Important Information

Primary Account:       8877        0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 8877  MONOGRAM CHECKING | | 2,991.51 | .00 |
| RELATIONSHIP | TOTAL | | .00 |

# SIGNATURE BANK

Statement Period
From February 01, 2019
To   February 28, 2019
Page   2 of   3

PRIVATE CLIENT GROUP 822
84 BROADWAY
BROOKLYN, NY 11211

1234 PACIFIC MANAGEMENT, LLC           8-822
OPERATING ACCOUNT
744 CONEY ISLAND AVE
BROOKLYN NY  11218

See Back for Important Information

Primary Account:       8877            0

MONOGRAM CHECKING                      8877

## Summary

| | |
|---|---:|
| Previous Balance as of February 01, 2019 | 2,991.51 |
| 2 Credits | 22,456.73 |
| 2 Debits | 25,448.24 |
| Ending Balance as of February 28, 2019 | .00 |

## Deposits and Other Credits

| | | | |
|---|---|---|---:|
| Feb 01 | ACH DEPOSIT      ck/ref no.   4743953 | | 2,456.73 |
| | NYCHA SECTION 8    NYCHA-PROD    6828009 | | |
| Feb 08 | ONLINE TRANSFER CR | | 20,000.00 |
| | ONLINE XFR FROM: 1502483192 | | |

## Withdrawals and Other Debits

| | | |
|---|---|---:|
| Feb 08 | OUTGOING WIRE | 25,318.81 |
| | REF#  20190208B6B7261F001263 | |
| | TO:  1234 Pacific Street Lender LLC     ABA:  321081669 | |
| | BANK: FIRST REPUBLIC BANK               ACCT#      2408 | |
| | OBI:  1232-1234 Pacific Street, Brooklyn, New York | |
| | OBI: | |
| | OBI: | |
| Feb 11 | TELEPHONE XFER DR | 129.43 |
| | TELEPHONE TRANSFER TO: 1503415441 | |

## Daily Balances

| | | | | |
|---|---:|---|---:|---|
| Jan 31 | 2,991.51 | Feb 08 | 129.43 | |
| Feb 01 | 5,448.24 | Feb 11 | .00 | |

# SIGNATURE BANK

```
                                              Statement Period
                                        From  February  01, 2019
                                        To    February  28, 2019
                                        Page      3 of     3

                                        PRIVATE CLIENT GROUP 822
                                        84 BROADWAY
                                        BROOKLYN, NY 11211


    1234 PACIFIC MANAGEMENT, LLC       8-822
    OPERATING ACCOUNT
    744 CONEY ISLAND AVE
    BROOKLYN NY   11218
                                              See Back for Important Information


                                        Primary Account:       8877         0
```

Rates for this statement period - Overdraft
Feb 01, 2019    15.250000 %



**SIGNATURE BANK**
565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                        Statement Period
                                        From  February  11, 2019
                                        To    February  28, 2019
                                        Page    1 of    2

                                        PRIVATE CLIENT GROUP 822
                                        84 BROADWAY
                                        BROOKLYN, NY 11211
```

```
1234 PACIFIC MANAGEMENT, LLC DIP        8-822
19 40026 NHL
744 CONEY ISLAND AVE
BROOKLYN NY  11218              999
                                        See Back for Important Information

                                Primary Account:        5441        0
```

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| .5441    BANKRUPTCY CHECKING | | .00 | 6,700.83 |
| RELATIONSHIP | TOTAL | | 6,700.83 |

# SIGNATURE BANK

```
                                                        Statement Period
                                                        From February  11, 2019
                                                        To   February  28, 2019
                                                        Page     2 of     2

                                                        PRIVATE CLIENT GROUP 822
                                                        84 BROADWAY
                                                        BROOKLYN, NY 11211


       1234 PACIFIC MANAGEMENT, LLC DIP       8-822
       19 40026 NHL
       744 CONEY ISLAND AVE
       BROOKLYN NY  11218               999
                                                        See Back for Important Information


                                                        Primary Account:       5441        0


BANKRUPTCY CHECKING                  5441




Summary

 Previous Balance as of February  11, 2019                                          .00
       4 Credits                                                                6,700.83
 Ending Balance as of   February  28, 2019                                      6,700.83


Deposits and Other Credits
 Feb 11   TELEPHONE XFER CR                                                       129.43
          TELEPHONE TRANSFER FROM: 1502118877
 Feb 12   TELEPHONE XFER CR                                                       200.00
          TELEPHONE TRANSFER FROM: 1502118885
 Feb 25   REMOTE CAPTURE   ref#                                                 5,096.13
 Feb 28   REMOTE CAPTURE   ref#                                                 1,275.27

Daily Balances
 Feb 11              .00            Feb 25        5,425.56
 Feb 11           129.43            Feb 28        6,700.83
 Feb 12           329.43
```

03/06/2019                                                                                              Page: 1

**PROP # 1234: 1234 PACIFIC MANAGEMENT - 1234 PACIFIC STREET BROOKLYN, NY 11216**
**FISCAL PERIOD 01/01/2019 TO 12/31/2019**

## CHARGES AND BALANCES FOR February, 2019

\* - MOVED OUT

| APT | LEGAL | TENANT NAME | CODE | BILLED AMOUNT | PREVIOUS BALANCE | PAYMENTS | TOTAL DUE |
|---|---|---|---|---|---|---|---|
| A1 | | BRITTANY KAISER THOMAS | UNKNO | 2190.00 | 0.00 | 2190.00 | 0.00 |
| A2 | | JUSTIN OPPUS ROMINA | UNKNO | 2200.00 | 0.00 | 2200.00 | 0.00 |
| A3 | | VACANT APARTMENT | | 1700.00 | 0.00 | 0.00 | 0.00 |
| A4 | | DUSTIN WADSWORTH | UNKNO | 1771.88 | 0.00 | 0.00 | 1771.88 |
| A5 | | STEPHANIE A. ROFF TYLER L. | UNKNO | 2025.00 | 0.00 | 2025.00 | 0.00 |
| A6 | | MRS. CHANTEE A. | UNKNO | 1868.34 | 0.00 | 1868.34 | 0.00 |
| B1 | | FELIPE SAMANIEGO LUIS | UNKNO | 2334.50 | 0.00 | 2334.50 | 0.00 |
| B2 | | STELLA CRYSTAL BECERRIL | C | 2400.00 | -2400.00 | 0.00 | 0.00 |
| B3 | | MRS. DELIA SANCHEZ PA | UNKNO | 1360.06 | 236.12 | 1360.06 | 236.12 |
| B4 | | JOHN J. NUNNALLY | UNKNO | 1850.00 | -1850.00 | 0.00 | 0.00 |
| B5 | | MS. AVIONE BUTCHER | UNKNO | 1275.27 | 1275.27 | 2550.54 | 0.00 |
| B6 | | MS. MALCOLM GLORIA | S | 706.85 | 35.00 | 706.85 | 35.00 |
| C1 | | MS. TAMARA WAITE 000702576A | S8 | 196.00 | 1770.00 | 1966.00 | 0.00 |
| C2 | | TIMOTHY SCOTT MABE OLIVIA | UNKNO | 2513.52 | 0.00 | 2513.52 | 0.00 |
| C3 | | ANDREW TERENZI | UNKNO | 1700.00 | -1700.00 | 0.00 | 0.00 |
| C4 | | MS. ESTHER USAI | UNKNO | 1355.00 | 0.00 | 1355.00 | 0.00 |
| C5 | | MS. CORINTHIA WILLIAMS | S8 | 73.00 | 338.00 | 0.00 | 411.00 |
| C6 | | JACOB BERNARD | UNKNO | 1748.71 | 0.00 | 1748.71 | 0.00 |
| D1 | | ANDREW M. EPSTEIN | S | 4500.00 | 0.00 | 4500.00 | 0.00 |
| D2 | | MS. THERESA MONROE | S8 | 838.38 | 0.00 | 838.38 | 0.00 |
| D3 | | MS. MARY JAMES | SSR | 408.30 | 1015.81 | 816.60 | 607.51 |
| D4 | | AMBER NIFONG | S8 | 1798.46 | -26.58 | 1798.46 | -26.58 |
| D5 | | MS. REATHA HAMPTON | S | 414.75 | 0.00 | 414.75 | 0.00 |
| D6 | | MS. LOTTIE DAVIS | C | 122.00 | 157.00 | 366.00 | -87.00 |
| E1 | 286 | WOMEN IN NEED PARISSE | UNKNO | 1325.06 | 26536.20 | 0.00 | 27861.26 |
| E2 | | HEIKE BUELAU FRANCESCA | UNKNO | 2030.00 | 0.00 | 2030.00 | 0.00 |
| E3 | | MARIA V. MYRTIL | UNKNO | 1555.00 | 1555.00 | 0.00 | 3110.00 |
| E4 | | MS. MARY O'LEARY | UNKNO | 1404.54 | -0.05 | 1404.59 | -0.10 |
| E5 | | REBECCA L. ESKILDSEN | UNKNO | 2100.00 | 0.00 | 2100.00 | 0.00 |
| E6 | | LEE FOUCHE DENNIS OBRIEN | UNKNO | 2250.00 | 0.00 | 2250.00 | 0.00 |
| F1 | | ADRIAN LEE GEORGIA CRONIN | UNKNO | 2436.00 | -0.30 | 2426.00 | 9.70 |
| F2 | | MS. SHELBY SPRUELL | S | 880.08 | 0.00 | 880.08 | 0.00 |
| F3 | | GOTOWKA DEVAN | UNKNO | 1250.50 | 0.00 | 1250.50 | 0.00 |
| F4 | | SEAN MCCONNELL | UNKNO | 1130.84 | 0.00 | 1130.84 | 0.00 |
| F5 | | MRS. SUSAN NURSE DEBIQUE | UNKNO | 1563.00 | -61.78 | 1563.00 | -61.78 |
| F6 | | MS. JOYCELYN ROBERTS | S8 | 1159.86 | 0.00 | 1159.86 | 0.00 |
| 100 | | INCOME MISC | C | 0.00 | -548.71 | 0.00 | -548.71 |
| C1/8 | | TAMARA WAITE | C | 1141.70 | 35529.24 | 1141.70 | 35529.24 |
| C5/8 | | CORINTHIA WILLIAMS | C | 1315.03 | 44103.03 | 1315.03 | 44103.03 |
| E6/8 | | INACTIVE | | 0.00 | 0.00 | 0.00 | 0.00 |
| MIS | | MISCELENIUOS TENANT | UNKNO | 0.00 | -774.36 | 0.00 | -774.36 |
| | | TOTALS: | | 57191.63 | 105188.89 | 50204.31 | 112176.21 |
| | | VACANCY RENT: | | 1700.00 | | | |
| | | TOTAL + VACANCY: | | 58891.63 | | | |