# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP

ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
ARNOLD I. MAZEL
STEVEN R. UFFNER
HARVEY L. GOLDSTEIN
NEAL M. ROSENBLOOM
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH* †
KATHARINE M. FINCH◊
MATTHEW E. HEARLE
AUBREY E. RICCARDI*
STEPHEN BORDANARO
ANTHONY J. SCHLUR
DANIEL J. SLATZ
MICHELLE A. McLEOD◊

J. TED DONOVAN
DORAN I. GOLUBTCHIK
SERGIO J. TUERO*
JAY C. SIMENS
STEWART A. WOLF*
YAN LAURENCY
ERIK ZARATIN
BRIAN A. KOHN
BRIAN W. KEMPER
JOHN P. HOGAN
ZACHARY D. KUPERMAN*
NEIL I. ALBSTEIN*
GIDON SHAMIR
JARED STEINBERG•

Kevin J. Nash, Esq.
Direct: 212-301-6944
Facsimile: 212-221-6532
KNash@GWFGLaw.com

1501 BROADWAY
22ND FLOOR
NEW YORK, N.Y. 10036
(212) 221-5700
TELECOPIER (212) 730-4518

BENJAMIN C. KIRSCHENBAUM
ROBERT KANDEL
(OF COUNSEL)

EMANUEL GOLDBERG (1904 - 1988)
JACK WEPRIN (1930 - 1998)
BENJAMIN FINKEL (1905 - 1988)

*   ALSO MEMBER OF NEW JERSEY BAR
†   ALSO MEMBER OF MASSACHUSETTS BAR
◊   ALSO MEMBER OF FLORIDA AND WASHINGTON DC BAR
..  ALSO MEMBER OF CONNECTICUT BAR
•   ADMITTED IN OHIO AND PENNSYLVANIA ONLY

September 23, 2020

VIA ECF

Hon. Nancy Hershey Lord
U.S. Bankruptcy Court
271 Cadman Plaza East
Brooklyn, NY 11201

     Re:    1234 Pacific Management LLC
               Case No. 19-40026-NHL

Dear Judge Lord:

Reference is made to my firm's fee application filed in the above-referenced matter scheduled for hearing on September 30, 2020 at 10:00 a.m. The application has been reviewed by Nazar Khodorovsky of the Office of the United States Trustee, who requested that I file this letter on the docket. The U.S. Trustee has no objection to the requested fees of $100,000 and raised an informal objection to certain expenses which we have agreed to fix at $100 plus Westlaw charges of $203.94 for a reduced total of $303.94. This is a reduction from the original request of $444.44 for expenses.

Sincerely yours,

Kevin J. Nash

cc:    Nazar Khodorovsky, Esq.